954

No. 548. CENTURY ELECTRIC Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Abraham Lowenhaupt* and *Henry C. Lowenhaupt* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 549. MUTH *v.* AETNA OIL Co. ET AL. C. A. 7th Cir. Certiorari denied. *William C. Welborn, Albert Ward, Milford M. Miller* and *Palmer K. Ward* for petitioner. *Charles H. Sparrenberger* for respondents.

No. 558. EVERLASTING DEVELOPMENT CORP. ET AL. *v.* DESCARTES ET AL. C. A. 1st Cir. Certiorari denied. *Joseph B. Keenan, Alvin O. West, Walter L. Newsom, Jr.* and *William G. Grant* for petitioners. *Victor Gutierrez Franqui,* Attorney General of Puerto Rico, *José Trias Monge* and *Abe Fortas,* Special Assistant Attorneys General, and *Norman Diamond* for respondents.

No. 563. POOLE FOUNDRY & MACHINE Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *John H. Hessey* and *John H. Herold* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Frederic U. Reel* for respondent.

No. 572. THOMPSON ET AL. *v.* AMERICAN POWER & LIGHT Co. C. A. 5th Cir. Certiorari denied. *Elijah Crippen* and *Webster Atwell* for petitioners. *Lucian Touchstone* and *Dan Moody* for respondent.